■ In the Matter of SAM MALOOF, Appellant, v. ROBERT E. HERMAN, as Acting State Rent Administrator, Respondent.— Order entered on January 13, 1960, sustaining respondent's determination that the apartment in issue was not decontrolled under the owner-occupancy provision of the rent law, and dismissing the petition, unanimously affirmed, on the law and on the facts, without costs. There was substantial evidence to support the determination by the Administrator that there was no bona fide occupancy of the premises by the petitioner herein. In view of that finding it is unnecessary to reach any of the other questions presented. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ H. L. LAZAR, INC., Respondent, v. GENERAL MUTUAL INSURANCE COMPANY, Appellant.— Determination of the Appellate Term unanimously reversed, on the law and in the exercise of discretion, and a new trial ordered, without costs. In its charge to the jury the court enumerated five defenses interposed by the defendant. However, the charge is devoid of any instructions with respect to the issues raised by such defenses, nor was there any guidance given as to the applicable principles of law. The charge is so thoroughly insufficient that a verdict based thereon should not be permitted to stand. The dissenting Justice in the Appellate Term well said that " the charge did not cover the issues raised by the defenses. As the jury received no adequate instructions it cannot be said that the issues of fact were decided." Concur — Botein, J. P., Breitel, Rabin, Eager and Bergan, JJ.

■ In the Matter of JOHN J. STANTON, Petitioner, v. LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ.

■ BOYDEN ASSOCIATES, INC., Appellant, v. PARK-LEXINGTON COMPANY, INC., Respondent, et al., Defendant.— Order, entered on November 14, 1960, granting defendant-respondent's motion to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVARISTO BERRIOS, Appellant.— Order, entered on April 7, 1959, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ.